UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KARA BEASLEY, | § | |
| *Plaintiff,* | § § § | |
| v. | § § | Civil Action No. 3:21-CV-01469-X |
| DALLAS FOOD & BEVERAGE LLC; and CURTIS WISE, | § § § § | |
| *Defendants.* | § § § | |

## ORDER OF ADMINISTRATIVE CLOSURE

The Court received the parties *Joint Motion for 9 U.S.C. § 3 Stay for Arbitration* [Doc. No. 11]. Accordingly, the Court **GRANTS** the motion, **STAYS** the case, and **ADMINISTRATIVELY CLOSES** this action until arbitration is complete. The parties should move to reopen the case once the arbitration proceedings conclude.

**IT IS SO ORDERED** this 20th day of August, 2021.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1